## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-  75  IM |
| v. | INDICTMENT |
| DANIEL MATTHEW KITTSON, | 18 U.S.C. § 922(o) |
| Defendant. | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 2 |
| | Forfeiture Allegation |

### THE GRAND JURY CHARGES:

### COUNT 1
### (Illegal Possession and Transfer of a Machine Gun)
### (18 U.S.C. §§ 922(o) and 2)

On or about January 10, 2020, in the District of Oregon, defendant **DANIEL MATTHEW KITTSON**, did knowingly possess and transfer a machinegun, that is, a weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger (26 U.S.C. § 5845(b)), to wit: a Russian machinegun, model PPSh-41, 7.62x25mm Tokarev caliber, bearing serial number CA01716;

In violation of Title 18, United States Code, Sections 922(o) and 2.

## COUNT 2
### (Felon in Possession of a Firearm)
### (18 U.S.C. § 922(g)(1))

On or about January 10, 2020, in the District of Oregon, defendant **DANIEL MATTHEW KITTSON**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

1. Manslaughter in the First Degree, on or about March 15, 1988, in Marion County Circuit Court, State of Oregon, Case Number 87C22133;

2. Attempted Murder with a Firearm, on or about March 15, 1988, in Marion County Circuit Court, State of Oregon, Case Number 87C22133;

3. Ex-convict in Possession of a Firearm, on or about March 7, 1988, in Marion County Circuit Court, State of Oregon, Case Number 87C22133;

4. Felon in Possession of a Firearm, on or about June 25, 1987, in Marion County Circuit Court, State of Oregon, Case Number 86C22308;

5. Robbery in the First Degree, on or about June 5, 1980, in Marion County Circuit Court, State of Oregon, Case Number 118220;

did knowingly and unlawfully possess the following firearm: a Russian machinegun, model PPSh-41, 7.62x25mm Tokarev caliber, bearing serial number CA01716, which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

//

//

//

## FORFEITURE ALLEGATION

Upon conviction of the offenses in Counts 1 or 2, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in that offense: a Russian machinegun, model PPSh-41, 7.62x25mm Tokarev caliber, bearing serial number CA01716 and all associated ammunition.

Dated: March 9, 2021

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney