AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

FILED 04 JUN '21 16:28USDC-ORP

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:21-cr-00075-IM |
| DANIEL MATTHEW KITTSON | ) | |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **DANIEL MATTHEW KITTSON**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Illegal Possession and Transfer of a Machine Gun
Felon in Possession of a Firearm

Date: **03/10/2021**

City and State: **Portland, OR**

*s/S. Behrends*
*Issuing officer's signature*

**S. Behrends, Deputy Clerk**
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

DATE 5/28/21
ARRESTED BY USMS
U.S. MARSHAL

*Arresting officer's signature*

_____
*Printed name and title*