Federal Public Defender
District of Oregon
Investigator: Dash Terry

Different firearms employ differing methods of cycling and therefore need varying parts and modifications in order to go from semi to full-auto. Some are as simple as swapping out a rear plate on a Glock pistol while others require milling and machine work. The National Firearms Act leaves an avenue for conversion but there are many steps and expenses to comply with Federal law.

To convert a Glock semiauto pistol to full-auto you can purchase or 3D a part this affixes to the rear of the slide which interferes with normal function creating a fully functional automatic pistol. The process of installation can be done in as little a minute and requires no lasting modification. The parts are available for sale on sites such as etsy or the part diagrams and 3D programs are able to be downloaded easily.

To convert an AR-15 from semiautomatic to full-auto you need to drill an additional hole in the lower receiver for the full auto sear pin and mill out the fire control pocket to accept a full-auto fire control group. Some receivers are designed with pockets already milled. The full auto fire M4 or M16 control groups, M16 bolt carrier and compatible full auto buffers are readily available at sites such as Brownells and various others. These parts are inexpensive and theoretically legal to purchase without paperwork with an attestation on your part you are complying with all NFA rules. Once the modifications are done to the lower and you have the parts, conversion is as
simple as reassembly.

The Ruger 10/22 is considered the most popular rifle sold with millions in existence. It is also able to be converted to full auto fire but unlike the Glock it requires machine work and a solid understanding of fire control groups and mechanics. To complete the process, parts need to be manufactured and others need to be removed and/or modified. That being said; it makes a solid and reliable host for a conversion project if someone has the background and ability.

The following pages are excerpts removed from articles found online documenting the ways to modify firearms to shoot more than one round per trigger pull.

**1pcs Glock Link for Outdoor automatic sports sear with for item Modifications required sometimes**

10 Sold

**$45.00**

Color: Gen1-4



Ship to

Shipping: $4.36
From China to United States v
Standard Shipping
Estimated delivery on Jul 24

Service
75-day Buyer Protection

Quantity
— 1 +

999 Pieces available

Buy Now

Add to Cart

Share



Exhibit B
Page 2 of 4









Burst Notch is to be ground to the dimensions shown.

| HAMMER F.A. | |
|---|---|
| FULL SCALE | DRWG. NO. 6 |

27

