# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DANIEL MATTHEW KITTSON**,<br><br>Defendant. | Case No. 3:21-cr-00075-IM<br><br>**JOINT WITNESS LIST** |

DATED this 22nd day of August, 2023.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 1 – JOINT WITNESS LIST

**Government Witnesses**

1. ATF Special Agent Caleb Enk  - 8/22/23

2. ATF Special Agent Jason R. Weber – 8/22/23 & 8/23/23

3. ATF Firearms Technology Industry Services Branch Chief Daniel Hoffman – 8/23/23

4. ATF Firearms & Explosives Specialist/Custodian James Robertson – 8/23/23

**Defense Witnesses**

1. Tina Schneider – 8/23/23

2. Heidi Owens – 8/24/23

3. Federal Public Defender Investigator Dash Terry – 8/24/23

4. John Nixon, Board Certified Forensic Engineering Scientist – 8/24/23