**Michael Charles Benson**
**Assistant Federal Public Defender**
michael_benson@fd.org
**C. Renée Manes**
**Assistant Federal Public Defender**
renee_manes@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
Tel: (503) 326-2123
Fax: (503) 326-5524

**Attorneys for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**   Case No. 3:21-cr-00075-IM

        **Plaintiff,**         NOTICE OF APPEAL

    v.

**DANIEL MATTHEW KITTSON,**

        **Defendant.**

Notice is hereby given that Daniel Matthew Kittson, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment and sentence entered in this action on the 5th day of December, 2023.

Respectfully submitted on December 12, 2023.

                            /s/ *Michael Charles Benson*
                            Michael Charles Benson
                            Assistant Federal Public Defender

                            /s/ *C. Renée Manes*
                            C. Renée Manes
                            Assistant Federal Public Defender

Page 1   NOTICE OF APPEAL